**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199
Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

*Special Litigation Counsel for USA Capital Diversified Trust Deed Fund, LLC*

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Counsel for USACM Liquidating Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br><br>                  **Plaintiff,**<br><br>     v.<br><br>**STANLEY E. FULTON,**<br><br>                  **Defendant.** | CASE NO. 2:09-CV-01946-RLH-LRL<br><br>**Bankruptcy No. BK-S-06-01725-LBR**<br>**Adversary No. 08-01132-LBR**<br><br>**JOINT STATUS REPORT AND SECOND REQUEST TO EXTEND DEADLINE TO CLOSE CASE** |

Plaintiff USA Capital Diversified Trust Deed Fund, LLC ("DTDF") and Defendant Stanley E. Fulton ("Fulton", collectively with DTDF the "Parties") hereby file this Joint Status Report and Second Request to Extend Deadline to Close Case ("Status Report") and state as follows:

1.      At the hearing on June 23, 2010, the Parties advised the Court that a settlement had been reached in principal and that the Parties were continuing to negotiate the final terms of the settlement and anticipated filing a motion to approve the proposed compromise in the Bankruptcy Court for hearing in July.  As a result of these representations at the June 23, 2010 hearing, the Court established a deadline of July 30, 2010, to file the necessary pleadings to close this case (the "Dismissal Deadline").

2. On July 28, 2010, the Parties filed a Joint Status Report and Request to Extend Deadline to Close Case, requesting that the Dismissal Deadline be extended to August 31, 2010. The Court granted that request in an order entered on July 30, 2010.

3. The Parties have executed the settlement agreement, which (together with all of its exhibits) is attached hereto as Exhibit "A." However, negotiations have taken longer than originally anticipated regarding the Rule 9019 motion necessary to obtain approval of the compromise from the Bankruptcy Court. The Rule 9019 motion has now been filed, and DTDF has requested an expedited hearing on that motion. Accordingly, the Parties request that the Court extend the Dismissal Deadline to September 30, 2010.

Dated: August 31, 2010

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By: ___*/s/ Eric D. Madden*___<br>Allan B. Diamond, TX 05801800 (pro hac vice)<br>Eric D. Madden, TX 24013079 (pro hac vice)<br>Michael J. Yoder, TX 24056572 (pro hac vice)<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>(713) 333-5100 (telephone)<br>(713) 333-5199 (facsimile) | By: ___*/s/ Rob Charles*___<br>Rob Charles, NV 6593<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>(702) 949-8320 (telephone)<br>(702) 949-8321 (facsimile) |
| *Special Litigation Counsel for*<br>*USA Capital Diversified Trust Deed Fund, LLC* | *Counsel for USACM Liquidating Trust* |

| | |
|---|---|
| **O'REILLY LAW GROUP, LLC** | **BIENERT, MILLER & KATZMAN** |
| By:   */s/ Timothy R. O'Reilly*<br>John F. O'Reilly, NV 1761<br>Timothy R. O'Reilly, NV 8866<br>325 South Maryland Parkway<br>Las Vegas, Nevada 89101<br>E-Mail:  tor@oreillylawgroup.com<br><br>*Attorneys for Defendant Stanley E. Fulton* | By:   */s/ Steven J. Katzman*<br>Steven J. Katzman, CA 132755<br>903 Calle Amanecer, Ste. 350<br>San Clemente, California  92673<br>(949) 369-3700 (telephone)<br>(949) 369-3701 (facsimile)<br>Email:  skatzman@bmkattorneys.com<br><br>*Attorneys for Defendant Stanley E. Fulton* |

## ORDER

It is hereby ORDERED that the Parties shall file the necessary documents to close this proceeding by no later than September 30, 2010.

_____
The Honorable Roger L. Hunt
Chief United States District Judge

Dated: September 1, 2010